# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132760

KYLE and LISA CAMARDA, JAMES and
JANICE FRY, TODD and DIANE PELTIER,
DONNAMARIE RUGGIANO, JANICE
SCHWARTZ, and ELIZABETH
VANDEVENTER,
          Plaintiffs-Appellees,

v

                                           SC: 132760
                                           COA: 269046
CITY OF EATON RAPIDS,                       Eaton CC: 05-000223-NZ
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 7, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

*Corbin R. Davis*
Clerk

t0830